IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PROUDLION IP, LLC, <br>     Plaintiff, | ) <br> ) <br> ) | Civil Action No. 4:23-cv-02052 |
| v. | ) <br> ) | |
| MOVADO GROUP, LP, <br>     Defendant. | ) <br> ) | JURY TRIAL DEMANDED |

## SCHEDULING ORDER

1. Trial:  Estimated time to try:  4 days.                         __ Bench    X Jury

2. New parties must be joined by: November 27, 2023

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: April 28, 2025

4. The defendant's experts must be named with a report furnished by: June 16, 2025

5. Discovery must be completed by: January 27, 2025

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.  No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: August 25, 2025
   Responses due by: September 15, 2025

7. Non-Dispositive Motions will be filed by: August 25, 2025

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The Court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

8. Joint pretrial order is due:
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on:

10. Trial is set for **9:00 AM** on:
    *The case will remain on standby until tried.*